IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CASEY D. MAYER,

        Plaintiff,                  No. CIV S-10-1552 GGH P

    vs.

LOUIS REDIX, et al.,

        Defendants.           ORDER

_____/

        Plaintiff, a federal prisoner proceeding pro se, seeks relief pursuant to Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388, 91 S. Ct. 1999 (1971).[1] By order filed on August 11, 2010, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to Bivens, (analogizing to 42 U.S.C. § 1983) and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this

---

[1] As noted in the order of August 11, 2010, generally, "a *Bivens* action is the federal analog to suits brought against state officials under Rev. Stat. § 1979, 42 U.S.C. § 1983." Hartman v. Moore, 547 U.S. 250, 254 n. 2, 126 S. Ct. 1695 (2006); Van Strum v. Lawn, 940 F.2d 406, 409 (9th Cir. 1991) "Actions under § 1983 and those under *Bivens* are identical save for the replacement of a state actor under § 1983 by a federal actor under *Bivens*."

1

action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Dr. Louis Redix; Dr. Ross Quinn; Assistant Health Administrator Louis Sterling; Health Services Administrator Cathy Garrett; Dr. Eduardo Ferriol, Physician's Assistant Roberto Acousta.

2. The Clerk of the Court shall send plaintiff six (6) USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed September 17, 2010 (docket # 9).

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 1 above; and

   d. Seven (7) copies of the endorsed amended complaint filed September 17, 2010 (docket # 9).

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: October 8, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
maye1552.1amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CASEY D. MAYER,

      Plaintiff,                    No. CIV S-10-1552 GGH P

    vs.

LOUIS REDIX, et al.,                NOTICE OF SUBMISSION

      Defendants.                   OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__      completed summons form

      __6__      completed USM-285 forms

      __7__      copies of the September 17, 2010 Amended Complaint

DATED:

_____
Plaintiff